THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**IN ADMIRALTY**

IN THE MATTER OF:

THE COMPLAINT OF MAB120, LLC, AS OWNERS
OF THE *M/Y ANDIAMO,* 2006 120 FOOT
BENETTI YACHT (ON: 71133)
IN A CAUSE OF EXONERATION FROM OR
LIMITATION OF LIABILITY,

      Petitioners.

_____/

## <u>COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY</u>

Petitioner, MAB120, LLC ("Petitioner"), as owners, of the *M/Y ANDIAMO*, a 120 Foot

Benetti Yacht,  ON: 71133 (the "Vessel"), pursuant to the Shipowner's Limitation of Liability

Act 46 U.S.C. § 30501, et seq. and Supplement Rule F of the Federal Rules of Civil Procedure,

files this Complaint for Exoneration from or Limitation of Liability and allege as follows:

1.      This Complaint sets forth an admiralty and maritime claim within the meaning of

Supplemental Rule 9(h) and Local Admiralty Rule A.

2.      Jurisdiction is proper pursuant to 28 U.S.C. § 1333 and 46 U.S.C § 30501, *et seq.*

3.      At all material times, the Vessel was owned by Petitioner, resident of New Castle,

Delaware.

4.      Venue is proper pursuant to Supplemental Rule F(9) because the Vessel is located

within this district and is thus within this Court's jurisdiction.

5.      The Incident involving the Vessel occurred on December 18, 2019, in navigable

waters (the "Incident").

6.      The Incident allegedly involved a fire on the Vessel, the origination of which is unknown.

7.      At all material times, the Vessel was seaworthy, properly and efficiently manned, supplied, equipped, and furnished; and well and sufficiently fitted and supplied with suitable machinery, tackle, apparel and appliances, all in good order and condition and suitable for the use for which it was engaged.

8.      The Incident and any ensuing property loss, damages, personal injury and/or casualty were not caused by Petitioner, or any person for whose actions Petitioner is responsible. Neither Petitioner nor the Vessel are liable to any extent, and Petitioner is entitled to exoneration from liability from all losses, damages, and injury, occasioned and incurred by or as a result of the Incident.

9.      Alternatively, and without admitting liability, Petitioner alleges that in the event it or the Vessel should be held at fault to any parties by reason of the Incident set forth above, Petitioner claims such fault was occasioned and occurred without the privity or knowledge of Petitioner or any of its members, managers, directors, officers, stockholders, or any persons whose actions Petitioner is responsible, at or before the Incident.

10.     At the time of the Incident, the value of the Vessel was $0.00. There was no pending freight. See Declaration of Value attached as **"Exhibit A."**

11.     Subject to an express reservation of rights, Petitioner files contemporaneously herewith an *Ad Interim* Stipulation for Costs and Value in the appropriate form, offering stipulation of the Vessel's value in the amount of $0.00.

12.     Should the Court require it, Petitioner is prepared to give bond or stipulation for any amount as may be ascertained and determined to be necessary under orders of this Court, and as provided by the laws of the United States and Federal Rules of Civil Procedure.

13.     This Complaint is filed within six (6) months of Petitioner's receipt of first written notice of a possible claim against it, arising from the subject Incident and subject to exoneration from or limitation of liability.

**WHEREFORE**, Petitioner respectfully requests:

a.  Upon filing the *Ad Interim* Stipulation for Costs and Value herein described, this Court issue a notice to all persons, firms or corporations asserting claims for any and all losses, damages, injuries or destruction with respect to which Petitioner seeks exoneration from or limitation of liability admonishing them to file their respective claims with the Clerk of this Court and to serve on Petitioner's attorneys a copy thereof, on or before the date specified in the notice;

b.  Upon filing the *Ad Interim* Stipulation for Costs and Value herein described, this Court issue an injunction, per Supplemental Rule F(3), restraining the commencement or prosecution of any action or proceeding of any kind against Petitioner, its underwriters, or any of its property with respect to any claim for which Petitioner seeks limitation, including any claim arising out of or connected with any loss, damage, injuries or destruction resulting from the Incident described in the Complaint;

c.  If any claimant who filed a claim shall also file an exception contesting the value of the Vessel or its pending freight, if any, as alleged herein, and the amount of the *Ad Interim* Stipulation for Costs and Value, this Court shall order an appraisement of the value of the Vessel following the loss, the value of Petitioner's interest therein and pending freight, if

any, per Local Admiralty Rule F(3), and enter an Order for the filing of an amended stipulation for the aggregate value, as so determined, if any;

d.  This Court adjudge Petitioner and the Vessel, and its owners, masters, crew, employees, and agents, not liable whatsoever for any losses, damages, injuries or destruction, or for any claim whatsoever done, occasioned or incurred as the result of the Incident; or, in the alternative, if the Court should adjudge that Petitioner is liable in any amount whatsoever, that said liability may be limited to the value of Petitioner's interest in the Vessel, and may be derived pro rata among such claimants; and that a judgment be entered discharging Petitioner and the Vessel of and from any and all further liability and forever enjoining and prohibiting the filing or prosecution of any claims against Petitioner or its property as a result of or in connection with the Incident; and

e.  This Court grants Petitioner such other and further relief that justice may require.

Respectfully submitted,

*/s/ Jules V. Massee*
**ROBERT B. BIRTHISEL**
Florida Bar Number: 906654
rbirthisel@hamiltonmillerlaw.com
**JULES V. MASSEE**
Florida Bar Number:  41554
jmassee@hamiltonmillerlaw.com
**LISA-MARIE ELLIOTT**
Florida Bar Number: 46081
lelliott@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 South Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900 / Fax: 813-223-1933
**E-SERVICE**:
CBBserve@hamiltonmillerlaw.com
*Counsel for Petitioner, MAB120, LLC*